UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HILDUR JOHANNSDOTTIR,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case   1:22-cv-1665<br><br>Date: June 9, 2022 |

**PLAINTIFF'S MOTION TO COMPEL ARBITRATION**

Plaintiff Hildur Johannsdottir respectfully moves this Court to compel arbitration of Plaintiff's claim in this action pursuant to the Federal Arbitration Act, 9 U.S.C. § 4 ("FAA") and Lyft's "Lyft Terms of Service" ("Terms of Service"). Plaintiff entered into a valid arbitration agreement to be a D.C. driver with Lyft, Inc. ("Lyft") that requires arbitration on all claims and disputes with Defendant, including the claim Plaintiff raises in this action. The FAA, used as Lyft's governing statute for settling disputes as stated in Lyft's Terms of Service, requires this Court to enforce this agreement and compel Defendant to initiate arbitration proceedings. After numerous and exhaustive attempts to contact Lyft, its attorneys, and its CEO, there has been no answer by Defendant, leaving Plaintiff with no resolution to her claim. Plaintiff has taken every reasonable method to contact Defendant and humbly asks the court to compel Defendant to arbitrate.

This motion is accompanied by various correspondence sent by Plaintiff with the goal of contacting Defendant, including proof of mailing and delivery (Ex. 1; Ex. 2; Ex. 3; Ex. 4; Ex. 5;

Ex. 6).[1] Lyft's General Counsel contact page listed on the California Bar website is also attached (Ex. 7). Lastly, a copy of Section Seventeen of Defendant's Terms of Service is attached (Ex. 8).

Respectfully submitted,

*Matthew T. Famiglietti*

Matthew T. Famiglietti, Esq. (DC Bar #468252)
attorney@e-famiglietti.com
**The Law Office of Matthew T. Famiglietti, PLLC**
2101 L Street NW, Suite 800
Washington, D.C.  20037
Tel: (202) 669-5880
Fax: (202) 478-1890

*Attorney for Plaintiff*

[CERTIFICATE OF SERVICE TO FOLLOW]

---

[1] Please note that in Exhibit 1, Ms. Hildur Johannsdottir is referred to as "Mr." by error. In subsequent letters sent, this error was corrected to Ms. Johannsdottir.